# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| In re: | |
|---|---|
| Richard Vincent Keith, | Bankruptcy No. 12-16506 EEB |
| | Chapter 11 |
| Debtor. | |

## ORDER GRANTING FIRST NATIONAL BANK OF OMAHA, N.A. AND DEBTOR'S JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

THIS MATTER, having come before the Court on First National Bank of Omaha, N.A. and Debtor's Joint Motion to Approve Settlement Agreement (the "Motion"); good cause having been presented, proper notice to creditors having been made pursuant to L.B.R. 9013-1, and no sustainable objections having been made, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. All terms and conditions of the Settlement Agreement attached to the Motion are approved and the parties to the Settlement Agreement are bound by its terms.

Dated:  November 5 , 2012

_____
HONORABLE ELIZABETH E. BROWN