UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 12-16506-EEB
RICHARD VINCENT KEITH )
SSN: XX-XXX- 0436 ) Chapter 11
)
Debtor. )

## ORDER APPROVING SALE OF RESIDENCE FREE AND CLEAR OF LIENS CLAIMS AND ENCUMBRANCES

UPON CONSIDERATION of the Motion for Approval of Sale of Residence Free and Clear of Liens, Claims and Encumbrances (the "Motion"), Notice of Filing of: (1) Revised Order and (2) Amended Sale Contract for Motion to Approve Sale of Residence Free and Clear of Liens Claims and Encumbrances (the "Notice") and no objection to the Motion or Notice having been filed; and for good cause shown, pursuant to 11 U.S.C. § 363:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor is authorized to sell his real property located at 3213 Shore Road, Fort Collins, CO 80524 ("Property") free and clear of all liens, claims and encumbrances in accordance with terms of the Contract to Buy and Sell Real Estate attached to the Notice as Exhibit B.

3. All liens, claims and encumbrances will attach to the proceeds of the sale in the order of relative priorities of the secured creditors.

4. The sale proceeds shall be distributed by the title company handling the closing in the following order: (a) first, $850,000 to First National Bank of Omaha in satisfaction of its lien encumbering the Property; (b) second, sufficient funds to satisfy any and all closing costs for the sale; and (c) third, the balance, if any, to the law firm of Kutner Miller Brinen, PC to be held in its trust account until further order of the Court.

5. The Debtor is authorized to sign any documents necessary to effectuate the sale, including, but not limited to, the Contract to Buy and Sell Real Estate filed as Exhibit B to the Notice.

Dated: February 1, 2013

BY THE COURT

Elizabeth E. Brown
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

**EXHIBIT A**